

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| BEATRIZ HUML, | | No. 08-13-00158-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Court at Law No. 3 |
| | § | |
| FEDERAL HOME LOAN | | of El Paso County, Texas |
| MORTGAGE CORPORATION, | § | |
| | | (TC #2013-CCV00382) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on Appellee's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed as moot, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that because Appellant is indigent, no order regarding costs is made. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF NOVEMBER, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.